of Cumberland; *Frank O. Lind, Jr.,* for Thad J. Fronzak and Helen S. Fronzak, for respondents.

M. P. No. 73-276. STATE *v.* GENNARO D'AMICO. Motion to vacate sentence and to remand to Superior Court denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *William F. Reilly,* Public Defender, *Allegra E. Munson,* Asst. Public Defender, for defendant-petitioner.

M. P. No. 73-302. LEO DESROCHES *v.* STATE. Pro se petition for writ of prohibition denied as moot. Pro se petition for writ of mandamus denied as moot. *Leo Desroches,* petitioner, pro se. *Richard J. Israel* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

Ex. &c. 1566. STATE *v.* MAURICE LERNER. Inasmuch as the rules of Supreme Court make no provision, express or implied, for amendment of a petition for reargument following a denial of reargument, defendant's motion to amend memorandum in support of the petition for reargument denied. Powers, J., although retired, participated in the order. Paolino, Joslin and Doris, JJ., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Ronald J. Chisholm,* Medford, Mass., for defendant.

C. A. No. 1879. STATE *v.* GENNARO J. TRIVISONNO. Motion for attorney's fee and costs, pursuant to G. L. 1956 (1969 Reenactment) §9-24-32, granted, and petitioners awarded the sum of $1,500 for services rendered on behalf of the defendant in Supreme Court. Kelleher, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Kelly, Kelleher & Butterfield, Charles Butterfield, Jr., John E. Fuyat,* for defendant.